IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAHLIL SHELTON,  :  Civil No. 3:22-cv-1733
:
    Petitioner  :  (Judge Mariani)
:
v.  :
:
WARDEN SAGE,  :
:
    Respondent  :

## ORDER

**AND NOW**, this 7th day of April, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge